RECEIVED
IN LAKE CHARLES, LA

JUL 24 2014

TONY R. MOORE, CLERK
BY _____ PAT _____
                    DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| TOMMY CLOUD | * | CIVIL ACTION NO. 2:11-CV-2090 |
| | * | |
| **Plaintiff** | * | |
| | * | **SECTION P** |
| V. | * | |
| | * | |
| WARDEN, LOUISIANA STATE | * | **JUDGE PATRICIA MINALDI** |
| PENITENTIARY | * | |
| | * | |
| **Defendant** | * | **MAG. JUDGE KATHLEEN KAY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>JUDGMENT</u>

For the reasons stated in the Report and Recommendation [Doc. 59] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's application for a writ of *habeas corpus*, filed be and hereby is **DENIED** and **DISMISSED, WITH PREJUDICE**.

Lake Charles, Louisiana, this _22_ day of _July_____, 2014.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE